UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| JASON ALTHEIDE, | Case No. 3:18-cv-00408-MMD-CBC |
|---|---|
| Plaintiff | ORDER |
| v. | |
| JAMES DZURENDA et al., | |
| Defendants | |

I. **DISCUSSION**

On January 2, 2019, the Court entered a screening order and granted Plaintiff 30 days from the date of that order to file a second amended complaint or the case would immediately proceed against Defendant Moore (Count III-administrative segregation due process) and Defendant Gittere (Count VI- due process) only. (ECF No. 7 at 12-13). On January 11, 2019, Plaintiff filed a "motion" that appears to add allegations and clarify defendants in his first amended complaint. (ECF No. 8). The Court denies this motion. If Plaintiff seeks to add allegations and clarify defendants in this case, he must file a second amended complaint.

As noted in the screening order, if Plaintiff chooses to file a second amended complaint he is advised that a second amended complaint supersedes (replaces) the original and first amended complaints and, thus, the second amended complaint must be complete in itself. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) (holding that "[t]he fact that a party was named in the original complaint is irrelevant; an amended pleading supersedes the original"); *see also Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (holding that for claims dismissed with prejudice, a plaintiff is not required to reallege such claims in a subsequent amended complaint to preserve them for appeal). Plaintiff's second amended complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this lawsuit. As such, Plaintiff has 30 days from the date of this order to file a second

amended complaint. If Plaintiff chooses not to file a second amended complaint, this action will proceed against Defendant Moore (Count III-administrative segregation due process) and Defendant Gittere (Count VI- due process) only.

## II. CONCLUSION

For the foregoing reasons, it is ordered that the "motion" (ECF No. 8) is denied.

It is further ordered that Plaintiff has 30 days from the date of this order to file a second amended complaint.

It is further ordered that, if Plaintiff chooses not to file a second amended complaint, this action will proceed immediately against Defendant Moore (Count III-administrative segregation due process) and Defendant Gittere (Count VI- due process) only.

DATED THIS 15th day of January 2019.

UNITED STATES MAGISTRATE JUDGE