## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JASON ALTHEIDE, | ) | 3:18-CV-0408-MMD-CLB |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | June 2, 2020 |
| WILLIAM MOORE, et al., | ) | |
| Defendants. | ) | |

**PRESENT:** <u>THE HONORABLE CARLA BALDWIN</u>, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:** <u>LISA MANN</u>     **REPORTER:** <u>NONE APPEARING</u>

**COUNSEL FOR PLAINTIFF(S):** <u>NONE APPEARING</u>

**COUNSEL FOR DEFENDANT(S):** <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion to refile his motion for summary judgment (ECF No. 45) and his supplement thereto (ECF No. 60). Defendants filed a response stating they have no opposition other than the date it is considered refiled (ECF No. 74). Therefore, plaintiff's motion (ECF No. 72) is **GRANTED**.

The Clerk shall refile ECF Nos. 45 & 60 under new docket numbers dated June 2, 2020. The deadline to file an opposition to plaintiff's motion for summary judgment will be calculated from June 19, 2020. Therefore, an opposition is due on or before **Friday, July 10, 2020**. The reply shall be due on or before **Friday, July 24, 2020**.

Plaintiff's motion for second supplement (ECF No. 76) is **GRANTED**. However, the court will not permit any further supplements to his motion for summary judgment. If plaintiff wishes to further supplement his motion, he must withdraw his motion in its entirety and resubmit a new motion.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: <u>    /s/    </u>
Deputy Clerk