# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JASON ALTHEIDE, | | 3:18-cv-0408-MMD-CLB |
| | Plaintiffs, | |
| v. | | ORDER |
| WILLIAM MOORE, et al., | | |
| | Defendants. | |

Plaintiff's motion to be notified of the balance of his filing fee (ECF No. 121) is **GRANTED.** Plaintiff's filing fee in this case has been paid in full. The Clerk is directed to send plaintiff a copy of the financial inquiry report information for this case which is attached to this order for his reference.

DATED: October 28, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

1

10/28/2020 05:44 PM PDT                                                                                                                    Version 7.0.1   Page 1   of 4

## U.S. Courts
## Case Inquiry Report
Case Number: DNVX318CV000408; Party Number: N/A; Payee Code: N/A
Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y

**Case Number**  DNVX318CV000408    **Case Title**  ALTHEIDE V. DZURENDA ET AL
**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | NVXA020628 | JASON ALTHEIDE | NVXA318CV-004081 | PLRA FILING FEE 5100PL | | 190.00 | 190.00 | 0.00 |
| 001 | NVXA020628 | JASON ALTHEIDE | NVXA318CV-004081 | PLRA FILING FEE 0869PL | | 60.00 | 60.00 | 0.00 |
| 001 | NVXA020628 | JASON ALTHEIDE | NVXA318CV-004081 | PLRA FILING FEE 086400 | | 100.00 | 100.00 | 0.00 |
| | | | | | | 350.00 | 350.00 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|